

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00102-CV

**PLATINUM SAPPHIRE HOSPITALITY, LLC**,
Appellant

v.

Linda **THOMPSON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-14702
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Velia J. Meza, Justice

Delivered and Filed: July 1, 2026

MOTION FOR REHEARING GRANTED; APPEAL REINSTATED

On February 9, 2026, this court notified appellant that a filing fee of $205.00 was due when this appeal was filed. On April 27, 2026, this court ordered appellant, no later than May 7, 2026, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. Our order informed appellant that if he failed to provide such written proof within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 5, 42.3.

Appellant did not respond, and on May 27, 2026, this appeal was dismissed. Appellant has filed a motion for rehearing along with an affidavit prepared by a paralegal stating failure to pay the filing fee or to respond to our show cause order was not due to conscious indifference and asks this court to reinstate the appeal. Appellant has also paid the filing fee.

We grant the motion for rehearing, withdraw our opinion and judgment dated May 27, 2026, and issue this opinion and judgment in their place. This appeal is hereby reinstated on this court's docket.

PER CURIAM